C. WALTER BAHR, surviving executor, &c., appellant,

*v.*

BREEZE CORPORATIONS, INC., et al., respondents.

[Decided April 25th, 1940.]

*Mr. John E. Toolan,* for the appellant.

*Messrs. Milton, McNulty & Augelli,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *126 N. J. Eq. 124.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.